AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    MICHIGAN

UNITED STATES OF AMERICA
V.

Michele JOHNSON  AKA  Nancy WALKER

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case:2:12-mj-30184
Judge: Unassigned,
Filed: 03-21-2012 At 09:50 AM
USA V. JOHNSON (CMP)(MRM)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   3/13/2012   in   Wayne   County, in the   Eastern   District of   Michigan   defendant(s) did,

*(Track Statutory Language of Offense)*

Escape or attempt to escape from the custody of the Attorney General by not reporting via furlough to the Heartline Community Correctional Center in Detroit, MI

in violation of Title   18   United States Code, Section(s)   751(a)   .

I further state that I am a(n)   Deputy U.S. Marshal   and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part of this complaint:   ☑ Yes   ☐ No

Signature of Complainant

William H. Willow,  Deputy U.S. Marshal
Printed Name of Complainant

Sworn to before me and signed in my presence,

3/21/2012                                              at         Detroit                  Michigan
Date                                                              City                        State

Mark A. Randon         Magistrate Judge
Name of Judge          Title of Judge                       Signature of Judge

## AFFIDAVIT

I, William H. Willow, am a Criminal Investigator with the United States Marshals Service (USMS) and have been employed by the USMS since June 1996. I am empowered to enforce the laws of the United States under Title 18 U.S.C. Section 3053. This affidavit seeks an arrest warrant for Michele JOHNSON (AKA) Nancy WALKER who escaped from custody (by failing to report via furlough to Heartline Community Correctional Center), in violation of Title 18 U.S.C. Section 751 on March 13, 2012.

1. On March 13, 2012, Michele JOHNSON, USM# 43477-039, was transferred to Heartline CCC from FPC Alderson for further service of custodial sentence.

2. On March 13, 2012, Michele JOHNSON failed to report to Heartline CCC.

3. On March 14, 2012, the Federal Bureau of Prisons issued a notice of escaped federal prisoner after checking with local hospitals and law enforcement agencies with negative results for Michele JOHNSON.

4. Michele JOHNSON was in lawful custody of the Attorney General pursuant to a Judgment and Commitment issued in case 09-cr-20264 for a violation of 18USC472 and 18USC922(k), both of which are felonies.

Based on the above facts, your affiant has probable cause to believe that Michele JOHNSON has violated Title 18 U.S.C. 751, ESCAPE FROM CUSTODY.

*William H. Willow*

William H. Willow, CIDUSM

Subscribed and sworn to before me this 21st day of March, 2012.

United States Magistrate Judge

Mark A. Randon