UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    No. 12-mj-30184

v.                                                Magistrate Judge Stafford

MICHELE JOHNSON,

                    Defendant.
_____/

### MOTION TO WITHDRAW AS COUNSEL & REINSTATE PRELIMINARY EXAMINATION DATE

Amanda N. Bashi of the Federal Community Defender Office, on behalf of Michele Johnson, moves pursuant to Local Criminal Rule 57.1(b) to withdraw as counsel. In support of this motion, counsel further states:

1.  The Federal Community Defender was appointed to represent Ms. Johnson on October 27, 2022. (ECF No. 6.)  Ms. Johnson is charged by complaint with escape, in violation of 18 U.S.C. § 751(a).

2.  Since appointment, counsel has met with Ms. Johnson on three occasions, both via video teleconferencing technology and in person. Counsel represented Ms. Johnson at her detention hearing on November 1, 2022, where Ms. Johnson was ordered detained. (ECF No. 11.) The Court scheduled a preliminary examination to occur on November 10, 2022.

3. On November 2, 2022, undersigned counsel engaged in preliminary plea negotiations with the government on Ms. Johnson's behalf. In furtherance of the progress of those negotiations, counsel consented to a 13-day adjournment of the preliminary examination. The reasons for that adjournment were set forth in a stipulation and proposed order filed by the parties on November 2. (ECF No. 12.)

4. Upon receiving the parties' stipulation, the Court entered it, along with an order adjourning the preliminary examination to November 23, 2022.

5. Approximately two hours after that order was entered, undersigned counsel heard from Ms. Johnson requesting that counsel withdraw, and that new counsel be appointed. Without disclosing privileged information, defense counsel believes that the appointment of new counsel is in Ms. Johnson's best interest. Ms. Johnson deserves to be represented by an attorney whom she believes is acting in her best interests and with whom she can communicate effectively.

6. Counsel met with Ms. Johnson the next morning to discuss the progress on her case that occurred before her request for new counsel. Ms. Johnson again requested that counsel request to withdraw. She also requested that the preliminary examination date of November 10, 2022 be reinstated.

7. The Federal Community Defender can quickly obtain an attorney from the Criminal Justice Act ("CJA") panel to handle this matter.

2

8. Counsel informed Assistant U.S. Attorney Doug Salzenstein of the nature of this motion to withdraw and the request that the preliminary examination date be reinstated. He indicated the government takes no position on the motion to withdraw, and has no objection to reinstating the November 10 preliminary examination date.

9. Counsel is providing Ms. Johnson with a copy of this motion pursuant to Local Rule 57.1(b).

WHEREFORE, Defense Counsel respectfully requests that she be allowed to withdraw, and that the original preliminary examination date of November 10 be reinstated.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**

s/Amanda N. Bashi
AMANDA N. BASHI
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5845
amanda_bashi@fd.org

Dated: November 3, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the parties of record.

Signed,

s/Amanda N. Bashi
AMANDA N. BASHI
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5845
amanda_bashi@fd.org

Dated:  November 3, 2022

4