Case 2:22-cr-20590-BAF-KGA ECF No. 18, PageID.37 Filed 11/10/22 Page 1 of 2

2

<div style="text-align:center">

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

</div>



FILED
NOV 10 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 22-cr-20590

                                  Hon. Bernard A. Friedman

MICHELE JOHNSON,

    Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Michele Johnson, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

<div style="text-align:center">

### Count One

</div>

18 U.S.C. §§ 751(a) and 4082(a), Escape.

    Punishable by up to 5 years' incarceration, $250,000 fine, or both.

<div style="text-align:center">

*[signature]*
MICHELE JOHNSON
Defendant

</div>

Page 1 of 2

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Sanford A. Schulman
Counsel for Defendant

Date: 11-10-2022