United States District Court
Eastern District of MI

United States of America

v.

Michele Johnson
Defendant

Case No: 12 MJ-30184
Docket No: 22 MJ-1133

FILED
NOV 17 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

## Motion To Discharge Public Defender

Michele Johnson, Defendant is currently housed in Livingston County Jail which prohibits ink pens from detainees resulting in this motion being written in pencil as well as having a shortage of paper. Defendant respectfully request this court to dismiss this case and discharge public defender Amanda Bashi here-in (P.D. Bashi) as counsel for the following reasons:

(1) P.D. Bashi deliberately and maliciously hide the Pretrial Services Report for errors from the Defendant and further hide the discovery of Speedy Trial Protection violations from the Defendant and the Court, disturbing Defendants Constitutional Protections against a corrupt court.

(2) By fraud and misrepresentation, P.D. Bashi prevented the Defendant the ability to examine, review, verify, check for errors, and make necessary corrections <u>before</u> being allowed to be submitted to the Court as factual information. As a result the Pretrial Services Report was submitted to the Court with multiable malicious false information.

P.D. BASHI STATED IT WAS CONTRABAND FOR A PRETRIAL REPORT TO BE IN THE POSSESION OF A DEFENDANT. THESE FOOLISH, BLATANT DISREGARDS PREJUDICED THE DEFENDANT AND THE COURT FROM A FAIR AND JUST HEARING.

(3) THE PRETRIAL SERVICES INTERVIEW WAS NOT DONE IN-PERSON. THERE WHERE MANY DETAILED LIES IMPLANTED IN THE PRETRIAL REPORT, THE EAGERLY BRAGGING PROSECUTOR ACCUSED THE DEFENDANT OF SUPPLYING FALSE INFORMATION. THE PREVENTION OF THE DEFENDANT FROM READING, INSPECTING THIS REPORT KEPTED THE DEFENDANT UNKNOWLEDGABLE OF THE MANY LIES IMPLANTED IN THIS REPORT BEFORE THE COURT HEARING; SUCH AS: (A) STREET LOCATION INFO. ON THE PRETRIAL REPORT LIST A STREET CALLED "HURST" AS DEFENDANTS REPORTED CURRENT ADDRESS DURING THE INTERVIEW - BUT DEFENDANT GAVE THE P.S. REPORT STAFFER THE STREET CALLED "FIRST" NOT "HURST". BECAUSE DEFENDANT WAS DELIBERATELY AND MALICIOUSLY PREVENTED FROM REVIEWING THIS REPORT by P.D. BASHI STATING IT WAS CONTRABAND, IT ALLOWED THE PROSECUTOR TO FALSELY BRAG THAT AN INVESTIGATION SHOWED A STREET CALLED "HURST" DID NOT EXIST AND DEFENDANT OUTRIGHT LIED TO DECEIVE THE COURT. (B) AT THE PRETRIAL SERVICE INTERVIEW PERSONAL, COMMUNITY & FAMILY DATA WAS AGREED TO BE POSTPONED, BUT THE PRETRIAL REPORT WAS COMPLETED ANYWAY WITHOUT FIRST RECEIVING THE INFORMATION IN ADVERSE OF THE AGREEMENT. THIS AGAIN ALLOWED THE PROSECUTOR TO BRAG DURING THE DETENTION HEARING THAT DEFENDANT HIDE, REFUSED TO PROVIDE ANY INFORMATION AND SHOULD NOT BE RELEASED. (C) AT THE DETENTION

HEARING THE PROSECUTOR BRAGGED THE DEFENDANT HAD #7 FELONY CONVICTIONS BUT CONVENIENTLY WITHHELD SAID FELONIES WERE OVER A #35 YEAR PEROID OF TIME - AGAIN THE COURT WAS MISLEAD. P.D. BASHI PROVIDED NO PROTECTIONS TO THE MISLEADING INFO TO THE COURT. (D) P.D. BASHI GOT SMALL DETAILS CONFUSED AS SHE ADDRESSED THE NOV. 2ND COURT SWISHING DETAILS AROUND, THIS IS NOT A DIFFICULT CASE WITH ONLY #1 DEFENDANT AND ONLY 1 CHARGE. P.D. BASHI SOLEY RELIED ON INTERNET CASE ONLINE DATA, DATED AS FAR BACK AS #13½ YEARS AGO. BASHI DID <u>NOT</u> VERIFY THE ACCURACY OF ANY ONLINE INFORMATION OR DISCUSS THIS INTERNET FALSE INFO WITH THE DEFENDANT, SHE THEN PROCEEDED TO COURT REPEATING THIS FALSE INFO AND DID NOT REFUTE THE PROSECUTOR FROM USING THIS FALSE INFORMATION AS WELL; FOR EXAMPLE: (E) 2009 TRIAL REFUTTED THE ALLAGATIONS OF $32,000.ºº IN COUNTERFEIT OBSCURED, FRAGMENTED, ½ STRIPS OF PAPER, MISSING FRONTS & BACK IMAGES, CUT TOO SMALL OR CUT TOO LARGE (ENOUGH); WERE NOT SIMULAR TO ACTUAL CURRANCY BUT YET STILL COUNTED AS CURRANCY BEFORE TRIAL TO REACH THE SUCCESSFULLY REFUTTED $32,000ºº CHAIM ON OLD BEFORE TRIAL REPORTS. THAT TOPIC WAS PUT TO REST AT THE 2009-2010 TRIAL. P.D. BASHI ALLOWED THE PROSECUTOR TO GO UNCHALLENGED AT THE HEARING AS THIS OLD FALSE INFO WAS BRAGGED TO THE COURT. ISSUSING THE DEFENDANT HAD A "HUGH" QUANITY OF ILLEGALS AND THEREFORE SHOULD NOT BE RELEASED. (F) 2009 EARLY OLD ON-LINE CASE INFO. LISTED #5 ALIASES WITH NO AGENCY OR WITNESS PROOF, WHICH GREW INTO #10 ALIASES BY 2017 - ON REFUTTED OFFICIAL TRIAL RECORDS ONLY 3 ALIASES WERE KNOWN.

AND #1 LARGE WAS INHERITED FROM THE U.S. MARSHALS. ALL THE ALIASES WERE LISTED AS POSSIBLE ALIASES. THE 2022 PROSECUTOR AT THE NOV. 1st HEARING WITHOUT PROOF BRAGGED DEFENDANT USED "ALL" THE ALIASES IN ORDER TO ADVANCE AN ILLEGAL CAREER. AGAIN OLD REFUTED INFO UNVERIFIED WAS USED AS CURRENT INFO. (G) P.D. BASHI TOOK MORE INFO FROM THIS OLD REFUTED REPORT AND FALSELY REPORTED TO THE COURT THAT FOOD WAS STOLEN WHEN THE NOV. 2021 COURT DROPPED THAT ALLAGATION FROM THE STORE EMPLOYEE RECANTED THE OCCURANCES. AGAIN BASHI WITHOUT VERIFICATION ON OFFICIAL COURT RECORD FALSELY REPORTS THIS EVENT AS A STORE THEFT. (H) THE UNCHALLENGED DETENTION HEARING PROSECUTOR WAS ALLOW TO SUGGEST #2 DIRTY DEAD UNUSABLE DEBIT CARDS FOUND ON THE GROUND AND USED FOR THE BACK TONER, WAS EVIDENCE OF CREDIT CARD FRAUD AND THEREFORE DEFENDANT WAS NOT ELIGABLE FOR RELEASE FURTHER MISLEAD THE COURT. (I) AGAIN PROSECUTOR ALLOWED TO SUGGEST MORE UNCHALLENGED BY P.D. BASHI, STATEMENTS ACCUSING DEFENDANT OF BEING A JUGGLING, KNIFE CARRYING GRANNY WHEN THE #2 KNIFES FOUND AT ARREST WHERE USED IN CONJUNCTION WITH A CAN OPENER, SPOONS, SMALL GRILL, CUPS, PLATES FOR A PICNIC DEFENDANT PLUS FRIENDS HAD THAT DAY, ALSO FOUND AT THE ARREST – COURT WAS AGAIN MISLEAD.

(4) DETENTION HEARING COURT WAS NEVER TOLD DEFENDANT VOLUNTARILY AGREED TO BE EXTRADITED TO MICHIGAN EAGER TO RESOLVE THIS 13½ YEAR CASE DISPUTE TO AVOID ANY FUTURE DISTURBANCES FOR LIFE BY THIS OLD CASE. ONLY FEAR OF FLIGHT INFOMATION WAS OFFERED.

(5) DEFENDANT WROTE P.D. BASHI A EXTREMELY DETAILED LETTER BEFORE THE DETENTION HEARING, OUTLINING

#14+ POINTS OF FACTUAL VERIFIABLE INFORMATION AS TO WHY THE FURLOUGH HEARTLINE COMMUNITY CENTER IN DETROIT WAS GROSSLY NEGLIGENT, UNFIT, DRUG HAVEN, DANGEROUS, HIGH CRIMED DETROIT GHETTO NEIGHBORHOOD, UNIHABITIAL MISMANAGED AND HAS SINCE CLOSED ITS DOORS by POLICE - NONE OF THESE PUBLIC KNOWN DEFICIENCIES ABOUT THIS FURLOUGH WAS OFFERED TO THE COURT AS DEFENDANTS ACCOUNTS OF THE OCCURANCES IN 2012 AGAINST THE ALLEGATIONS OF ESCAPE. DEFENDANT IMMEDIATELY IN 2021 REQUESTED A RE-ASSIGNMENT TO A PHYSICALLY SAFER LOCATION. P.D. BASHI'S DELIBERATE MISSING AND ABSENCE OF DEFENDANTS 2012 ACCOUNTS OF THE OCCURANCES MADE IT OBVIOUS SHE WAS IN PARTNERSHIP WITH THE PROSECUTION TO WITHHOLD INFO FROM THE DECIDING COURT. PREVENTING THAT COURT FROM RENDERING AN INTELLIGENT, INFORMED UNBIASED DECISION - THIS QUICK STIR, PREJUDICED THE COURT.

(6) AFTER P.D. BASHI SECURES A CONTINUED JAIL DETENTION OF THE DEFENDANT, SHE PROCEEDS AGAINST DEFENDANTS DEMANDS MAKING IT VERY CLEAR NOT INTERESTED IN A PLEA; BASHI WITHOUT CONSENT OR KNOWLEDGE OF SECRETLY FILES FOR A #13 DAY CONTINUANCE, GIVING THE PROSECUTOR MORE TIME TO PREPARE & FILE AN INDICTMENT. A CONTINUANCE AND CONTINUED CONFINEMENT - THE DEFENDANT SHOULD NOT SUFFER INJURIES FROM BOTH!

(7) TO THE DETRIMENT OF THIS CASE P.D. BASHI ACCEPTED A COURT APPOINTED COUNSEL POSITION TO IN-PART PROTECT THE CONSTITUTIONAL VALUES OF THE LAW INSTEAD BASHI PROCEEDS TO WITHHOLD, HIDE MANDATORY SPEEDY TRIAL TIME LIMIT VIOLATIONS FROM THE COURT & DEFENDANT.

(5)

WHEREFORE: THE DEFENDANT REQUEST THIS COURT TO DISCHARGE THE PUBLIC DEFENDER AND APPOINT NEW COUNSEL.

Respectfully Submitted,

_____
MICHELE JOHNSON               11-9-22
                              DATE

---

## IN FORMA PAUPERIS

I, MICHELE JOHNSON DEFENSANT STATES IN SUPPORT OF MY REQUEST TO PROCEED IN FORMA PAUPERIS. STATE I AM UNABLE TO PAY THE COST OF THIS CASE OR GIVE SECURITY AND BELIEVE I AM ENTITLED TO REDRESS

_____
MICHELE JOHNSON               11-9-22
                              DATE

---

## CERTIFICATE OF SERVICE

I, CERTIFY A TRUE COPY by U.S. JAIL MAIL WAS MAILED ON Nov 9, 22 TO THE UNITED STATES ATTY'S OFFICE AT 211 W. FORT ST DETROIT 48226 AND THE FEDERAL COMMUNITY DEFENDERS OFFICE AT 613 ABBOTT DETROIT 48226

_____
MICHELE JOHNSON               11-9-22
                              DATE

(7)

