UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                Civil Action No. 22-cr-20590
                                                    HON. BERNARD A. FRIEDMAN

vs.

MICHELE JOHNSON,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO APPOINT NEW COUNSEL AS MOOT

Before the Court is defendant Michele Johnson's motion to appoint new counsel to replace the public defender previously assigned to this matter. (ECF No. 20). Because Magistrate Judge Kimberly G. Altman already granted the public defender's motion to withdraw as counsel, it is hereby,

ORDERED that Johnson's motion to appoint new counsel (ECF No. 20) is denied as moot.

**IT IS SO ORDERED.**

                                                                    s/Bernard A. Friedman
                                                                    Hon. Bernard A. Friedman
                                                                    Senior United States District Judge

Dated: December 22, 2022
       Detroit, Michigan