UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Civil Action No. 22-cr-20590
                                               HON. BERNARD A. FRIEDMAN

vs.

MICHELE JOHNSON,

       Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO APPOINT NEW COUNSEL AND DENYING DEFENSE COUNSEL'S MOTION FOR A COMPETENCY HEARING

Before the Court are defendant Michele Johnson's motions to appoint new counsel, as well as defense counsel's motion to conduct a competency hearing. (ECF Nos. 22-25). The Court held a hearing on the motions on December 21, 2022. For the reasons stated on the record, it is hereby,

ORDERED that Johnson's motions to appoint new counsel (ECF Nos. 22-23, 25) are granted.

IT IS FURTHER ORDERED that the matter is referred to the Federal Community Defender's Office for appointment of counsel pursuant to the Criminal Justice Act.

IT IS FURTHER ORDERED that defense counsel's motion to conduct a competency hearing (ECF No. 24) is denied without prejudice.

**IT IS SO ORDERED.**

                                          s/Bernard A. Friedman
                                          Hon. Bernard A. Friedman
                                          Senior United States District Judge

Dated: December 22, 2022
       Detroit, Michigan