UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Criminal Action No. 22-cr-20590
                                                HON. BERNARD A. FRIEDMAN

vs.

MICHELE JOHNSON,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR BOND PENDING SENTENCING

Before the Court is defendant Michele Johnson's motion for bond pending sentencing. (ECF No. 47).  The government responded. (ECF No. 50).  Johnson did not file a reply.

18 U.S.C. § 3143(a) governs the release or detention of a criminal defendant pending sentencing.  Under that provision, a defendant awaiting sentencing "shall . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community." 18 U.S.C. § 3143(a)(1).

Because Johnson has demonstrated a history of lying about her identity, violating the conditions of her post-supervised release, and carrying weapons unlawfully, she falls far short of the clear and convincing evidence that would justify

releasing her on bond pending the imposition of her sentence.  Nor does Johnson provide the Court with any medical records verifying that she is in fact suffering from Stage 3 lung cancer.  Accordingly,

IT IS ORDERED that Johnson's motion for bond pending sentencing (ECF No. 47) is denied.

**SO ORDERED.**

                                                s/Bernard A. Friedman  
                                                Hon. Bernard A. Friedman  
Dated: June 6, 2023                Senior United States District Judge  
       Detroit, Michigan