United States District Court
Eastern District of Michigan

United States of America
  Plaintiff

Michele Johnson
  Defendant

Case No: 22-CR-20590

Addendum to Motion to Withdraw Plea

FILED
JUL 06 2023
CLERK'S OFFICE
DETROIT

(1) This addendum provides additional information discovered after the 6-21-2023 "Motion to Withdraw Plea" was filed.

(2) On 6-22-2023, Defendant discovered Court Appointed Counsel "Quinn" (C.A.C Quinn), withheld medical records vital to the success of a 4-18-2023 court suggested 18 U.S.C. 3143 Motion resulting in the Courts denial of such motion indicating that no medical records were provided to prove Defendants Lung Disease condition claims.

(3) On 4-20-2023, 18 U.S.C. 3143 Motion was filed, specifically to protect Defendants poor health and Lung Disease from the increased risks of contracting this global still alive Covid pandemic subvariants but Experienced C.A.C. Quinn withheld those medical records available to him, severly sabotaging the success of that motion.

(4) Defendant initiated a Release of Info Document to the Livingston Co. Jail to provide C.A.C. Quinn her medical

(pg 1 of 5)

RECORDS INCLUDING THE MARCH 2023 LUNG DISEASE DIAGNOSIS FROM DR. DARRYL PARKER. HEAD NURSE, TAMMY DEMPSEY CONFIRMED THE RECORDS WERE SENT TO C.A.C "QUINN."

(5) C.A.C. "QUINN REMOVED PAGES OF DEFENDANTS MEDICAL RECORDS RELATED TO DR. DARRYL PARKER'S LUNG DISEASE DIAGNOSIS, REMOVING THE IMPRESSION OF ANY MEDICAL URGENCY AND FORWARDED THE NON-LUNG DISEASE RECORDS TO THE ATTORNEY GENERAL OFFICE (A.G.) AND NO RECORDS AT ALL TO THE COURT; FURTHER EXPLOITING THE VULNERABILITIES OF THIS CASE. THE A.G's RESPONSE TO THE 4-20-2023 18 U.S.C. 3143 MOTION COMPLAINTED THAT THERE WERE NO MEDICAL RECORDS INDICATING THE DEFENDANT HAD ANY LUNG DISEASE.

(6) C.A.C. "QUINN FAILED TO FILE A REPLY TO THE A.G's OFFICE OPPOSING RESPONCE TO THE 4-20-2023 18 U.S.C. MOTION REGARDING DEFENDANTS POOR HEALTH CONCERNS OR A REPLY REGARDING THE DISMISSED ALLEGATION OF A RUSTY UNOPERABLE WEAPON. THE LACK OF A REPLY FURTHER HELPED THE 18 U.S.C. 3143 MOTION TO FAIL.

(7) A SHORT TIME LATER; SUSPICIOUSLY AFTER A YEAR + OF NO FEDERAL COURT CASE APPOINTMENTS C.A.C. QUINN RECEIVED A 2ND CASE ADDITIONAL INCOME COURT APPOINTMENT, DRAWING EXTREME SUSPICION AS TO WHY PAGES FROM DEFENDANTS MEDICAL RECORDS WERE MISSING AND NO REPLY TO THE 18 U.S.C 3143 MOTION WAS EVER FILED.

(8) On 6-5-2023 the A.G's office received their copy of Defendants Pro Se "Motion to Withdraw Plea" draft copy that seriously complained that #52 days had passed since the 4-18-2023 suggested 18 U.S.C. 3143 motion was filed. On 6-6-2023, the next day the court issued a denial order to the 4-20-23 motion indicating there were no medical records to prove defendant's poor health.

(9) The Honorable Judge Friedman's court is familiar with Livingston Co Jail's Dr. Darryl Parker and Head Nurse Ms. Tammy Dempsey due to a legal case handled in that court a few years ago, and they are willing to directly provide the court with the diagnosis of defendants lung disease. (see Exhibit A) or at (517) 546-2445.

(10) The above events lend to support the abuses this case has experienced including the misleading plea Section 8B(1) 12 month plus 1 day sentence equaling the same as a 10 month sentence statements made by the A.G's office on 4-5-2023 that the defendant relied on.

Respectfully Submitted

_____   6/24/23

(pg 3 of 5)

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE COPY BY U.S. MAIL WAS MAILED ON 6/24/23 TO THE U.S. ATTORNEY OFFICE AT 211 W. FORT ST DET. MI 48226 AND TO CHRISTOPHER QUINN ATTORNEY OF RECORD AT 400 MONROE ST BOX 330 - DETROIT 48226.

_[signature]_  6/24/23

(pg 4 of 5)

# AUTHORIZATION FOR THE RELEASE OF INFORMATION

I hereby authorize the use and/or disclosure of my protected health information (PHI) as described below.

Patient name: __Johnson Michele__

Date of birth: _____

**Person/organization authorized to disclose PHI:**

__Livingston County Jail__
Name of person or organization

__150 S. Highlander__
Street Address

__Dr. Darryl Parker__
__Head Nurse Tammey Dempsey__
City, State, Zip __(517) 546-2445__

**Correctional facility authorized to receive PHI under HIPAA statute 45 CFR § 164.512(k)(5):**

__United States District Court__
__Eastern District - Michigan__
Name of correctional facility

__231 W. Lafayette Blvd.__
__Detroit, MI 48226__
City, State, Zip __(313) 234-5000__

I expressly request that the facility identified above disclose my full and complete PHI related to the following selection(s) from the dates __2/22/2023__ through __5/30/2023__.

- [x] All medical records
- [ ] All mental health records

__Dr. Parker's test results and diagnosis of patients lung disease in March of 2023.__

Only the following:
- [ ] Physical evaluations
- [ ] Psychiatric/psychological evaluations
- [ ] Clinical progress notes
- [x] Lab/diagnostic results   __X-Ray__
- [ ] Psychological testing    __March 2023 Results__
- [ ] Treatment plan
- [ ] Safety plan
- [ ] Discharge summary/instructions
- [ ] Medication list
- [ ] Other (specify): _____

This PHI is disclosed for the purpose of provision of healthcare information regarding genetic testing, substance use disorder, HIV test results, and sexually transmitted infections and are protected under the federal regulations covering confidentiality of Drug and Alcohol Abuse Patient Records, 42 Code of Regulations (CFR) Part 2 and the Health Insurance Portability Accountability Act of 1996 (HIPAA) 45 CFR Parts 160 and cannot be disclosed without my written consent unless otherwise provided for in the regulation.

Check below if you do not want this information released:
- [x] Substance Use Disorder Treatment
- [x] HIV test results and related treatment
- [x] Sexually transmitted infections
- [x] Genetic Testing

I understand that this authorization will expire one year from the date of my signature below. I understand that information disclosed pursuant to this authorization may be subject to re-disclosure and may no longer be protected by the Privacy Rule. I understand that I have a right to revoke this authorization and may do so by notifying the facility listed above in writing. Revoking this authorization will not have any effect on any actions the facility took before it received the revocation. If this authorization was obtained as a condition of obtaining insurance coverage, I understand that my revocation will not affect the insurer's rights to contest a claim under the policy or the policy itself. I do hereby consent to the disclosure of the above-described information contained in the health record identified on this form. I understand that the facility will not condition the provision of treatment or payment on the provision of this authorization.

__M. Johnson__
Signature of Patient or Personal Representative

__6/24/23__
Date

_____
Personal Representative Name

_____
Relationship to Patient

_____
Witness Name

_____
Signature and printed name

_____
Date

The agencies listed on this release form are not responsible for third party re-disclosure of the authorized information exchanged per this release. PROHIBITION OF REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected pursuant to CFR 42 part 2 and HIPAA regulation CFR. Any further disclosure is person, agency, or entity receiving information shall maintain such information as confidential and exempt from the provisions of the public record law. We will not re-disclose any protected health information received from other parties, that may be present in our record.

05B.22 Release of Information (from Outside to Facility)

__Case No # 22-CR-20590__  __(pg 5 of 5)__

Page 1 of 1

Livingston County Jail
Michale Johnson 483193
150 S. Highlander Way
Howell, MI 48843

Legal Mail

GRAND RAPIDS MI 493
26 JUN 2023 PM 3 L

U.S. MARSHALS

United States District Federal Court
Eastern District Michigan Office
c/o Clerks Office
231 W. Lafayette Blvd
Detroit, Michigan 48226

48226-279426